UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LIBIA MARTIN,

    Plaintiff,

v.

                                                  Case No.: 23-61622-CIV-SMITH

TAH FLORIDA LLC, TAH 2017-2
BORROWER LLC, and TRICON
RESIDENTIAL INC.,

    Defendants.
_____/

**DEFENDANT TRICON RESIDENTIAL INC.'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, TRICON RESIDENTIAL INC. ("**Defendant Tricon Residential**"), by and through undersigned counsel, hereby files its disclosure statement pursuant to Rule 7.1, Federal Rules of Civil Procedure and the Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties, and Corporate Disclosure Statements entered August 23, 2023 (Doc. 3), as follows:

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Libia Martin ("Plaintiff")**;

    b. **Plaintiff's counsel, as disclosed by Plaintiff**;

    c. **The entities and persons disclosed in Plaintiff's certificate of interested persons and corporate disclosure statement**;

    d. **TAH Florida LLC, and the entities and persons disclosed in its certificate of interested persons and corporate disclosure statement**;

    e. **TAH 2017-2 Borrower LLC, and the entities and persons disclosed in its certificate of interested persons and corporate disclosure statement**;

    f. **Defendant Tricon Residential**;

    g. **Defendant Tricon Residential's undersigned counsel**:

1

> i. **Shutts & Bowen LLP;**
> ii. **Erik R. Matheney;**
> iii. **S. Elizabeth King; and**
> iv. **Meredith Delcamp.**

Each entity with publicly traded shares or debt potentially affected by the outcome:

> **Tricon Residential Inc. (NYSE: TCN)**

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

> **None.**

Each person arguably eligible for restitution:

> **Plaintiff alleges she is eligible for restitution. Defendant Tricon Residential denies that Plaintiff is entitled to damages or restitution.**

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

> **Tricon Residential Inc. (NYSE: TCN)**

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on earning of any such conflict.

Dated: September 22, 2023          Respectfully submitted,

                                                   /s/ *S. Elizabeth King*
                                                  Meredith Delcamp
                                                  Florida Bar No. 16242
                                                  mdelcamp@shutts.com
                                                  Erik R. Matheney
                                                  Florida Bar No. 005411
                                                  ematheney@shutts.com
                                                  S. Elizabeth King
                                                  Florida Bar No. 122031
                                                  eking@shutts.com
                                                  SHUTTS & BOWEN LLP
                                                  4301W. Boy Scout Blvd, Suite 300
                                                  Tampa, FL 33607
                                                  Telephone: 813-229-8900
                                                  Facsimile: 813-229-8901
                                                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2023, a true and correct copy of the foregoing has been electronically filed with the Court using the CMECF filing system and has been served by electronic mail notification to:

Matthew Glachman
Jordan Marcus Brill
6421 Congress Ave., Suite 120
Boca Raton, FL 33487
service@glachmanbrill.com
matt@glachmanbrill.com
*Attorney for Plaintiff*

      /s/ *S. Elizabeth King*_____
      Attorney

TPADOCS 24963382 1